IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENTRELL HILL**
ADC #95734                                                                                           **PETITIONER**

v.                                    **CASE NO. 5:12CV00125 BSM/JJV**

**RAY HOBBS, Director,**
Arkansas Department of Correction                                                **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Joe J. Volpe [Doc. No. 16] and the filed objections [Doc. No. 17] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.   Respondent Ray Hobbs's motion to dismiss [Doc. No. 14] is granted.

2.   Petitioner Kentrell Hill's petition for writ of habeas corpus [Doc. No. 2] is dismissed with prejudice.

An appropriate judgment shall accompany this order.

Dated this 4th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE